AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

_____ RECEIVED
_____ ENTERED        _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 17 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
## for the
_____ District of __NEVADA__

| | |
|---|---|
| United States of America | ) |
| v. | )    Case No.  3:16-CR-0028-LRH-WGC |
| | ) |
| DENNIS RAY SAM | ) |
| *Defendant* | ) |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Bruce R. Thompson Courthouse and Federal Building 400 S. Virginia Street Reno, Nevada 89501 Honorable Valerie P. Cooke, U.S. Magistrate Judge | Courtroom No.: | 1 ~ 4th Floor |
|---|---|---|---|
| | | Date and Time: | **May 18, 2016 at 3:00 p.m.** |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: ___May 17, 2016___

_____
*Judge's signature*

Valerie P. Cooke, United States Magistrate Judge
_____
*Printed name and title*