RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LAUREN D. GORMAN
Assistant Federal Public Defender
Nevada State Bar No. 011580
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451/Phone
(775) 784-5369/Fax
Lauren_gorman@fd.org

Attorney for CHRISTOPHER JAMES

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>CHRISTOPHER JAMES,<br><br>             Defendant. | Case No. 3:16-cr-027-MMD-VPC<br><br>**STIPULATION REGARDING REFERENCE TO TRIBAL PROCEEDINGS**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and SHANNON BRYANT, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and LAUREN D. GORMAN, Assistant Federal Public Defender, counsel for CHRISTOPHER JAMES, that neither party either through argument or the testimony of witnesses will advise the jury that there is an ongoing tribal criminal case against Mr. James stemming out of the same nexus of facts that forms the basis of the case at bar. Any reference to a proceeding in the

ongoing tribal case will be referred to, if at all, as the "prior proceeding" and admission of that evidence is still subject to the Federal Rules of Evidence including Rules 401 and 403.

DATED this 20th day of October 2016.

| RENE L. VALLADARES | DANIEL G. BOGDEN |
| Federal Public Defender | United States Attorney |

  */s/ Lauren D. Gorman*          */s/ Shannon Bryant*
By:_____    By:_____
   LAUREN D. GORMAN                  SHANNON BRYANT
   Assistant Federal Public Defender     Assistant United States Attorney
   Counsel for CHRISTOPHER JAMES    Counsel for the United States

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER JAMES,<br><br>    Defendant. | Case No. 3:16-cr-027-MMD-VPC<br><br>ORDER |

## **ORDER**

IT IS THEREFORE ORDERED that neither party either through argument or the testimony of witnesses will advise the jury that there is an ongoing tribal criminal case against Mr. James stemming out of the same nexus of facts that forms the basis of the case at bar. Any reference to a proceeding in the ongoing tribal case will be referred to, if at all, as the "prior proceeding" and admission of that evidence is still subject to the Federal Rules of Evidence including Rules 401 and 403.

DATED this __20th__ of October 2016.

_____
UNITES STATES DISTRICT JUDGE